UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRELLEBORG YSH, INC.,

       Plaintiff,                              Case No. 1:10-cv-605

v.                                             HON. JANET T. NEFF

ADAPT TRANSPORT CORP. et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 39) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 4, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment Against Defendants Adapt Transport Corp. and Anthone Adducie (Dkt 35) is **GRANTED** for the reasons stated in the Report and Recommendation.


Dated: August 22, 2011                                    /s/Janet T. Neff
                                                                     JANET T. NEFF
                                                                       UNITED STATES DISTRICT JUDGE